**Pantaleon Florez, Jr., #10889**
933 S. Kansas Avenue
Topeka, Kansas 66612-1210
(785) 234-6699

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CRAIG MARTEN                          )
           Plaintiff,         )
                     )
v.                                    )          Case No. 08-4031-JAR
HAROLD GODWIN,                        )
RONALD RAGAN,                         )
JAMES KLEOPPEL,                       )
and THE UNIVERSITY OF KANSAS          )
           Defendants.        )
_____)

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY

**COMES NOW** the Plaintiff, by and through counsel, Pantaleon Florez, Jr., and

for his response to Defendant's Motion to Stay Discovery and Scheduling Order

Deadlines Pending Ruling on Dispositive Motions states the following for consideration

by the Court:

    1.    Defendants seek a stay based upon pending motions to dismiss asserting

issues raised in the answer filed with the court.

    2.    Defendants had ample opportunity to propose a stay of discovery at the

time the scheduling order was entered.

    3.    Plaintiff's counsel is of the belief that Defendants motions are without

merit and therefore submits that no legitimate reason exists upon which to delay further

Plaintiff's access to the court.

    4.    Defendants will in no way be prejudiced by having to respond to Plaintiff's

written discovery requests.

5.    Plaintiff has been attempting to litigate the issues presented before this court since his expulsion from the University of Kansas in December, 2002.  Further delay will result in prejudice to Plaintiff.

6.    The interests of justice would best be served by this Court denying Defendant's Motion for Stay at least as to written discovery.

**WHEREFORE**, Plaintiff prays this Court deny Defendant's Motion for Stay and enter such orders as are fair, just and equitable.

Respectfully submitted,

s\Pantaleon Florez, Jr.
Pantaleon Florez, Jr., #10889
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2009, the above and foregoing Motion for Enlargement of Time was electronically filed through the clerk of the court by using the CM/ECF which will provide a copy to the following:

Sara L. Trower, Associate General Counsel and Special, Assistant Attorney General, Room 245 Strong Hall, 1450 Jayhawk Blvd., Lawrence, KS 66045

s\Pantaleon Florez, Jr.
Pantaleon Florez, Jr., #10889

2